**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ricardo Antonio De LOS SANTOS– MORA, Defendant–Appellant.**

**No. 01–6470.**

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Ricardo Antonio De Los Santos–Mora, pro se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Ricardo Antonio De Los Santos–Mora seeks to appeal the district court's order

denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny De Los Santos–Mora's motions for a certificate of appealability and to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. *United States v. De Los Santos–Mora,* No. CR–96–49 (E.D.Va. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*